FILED

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                   No CV 10 80259 MISC VRW

Martin John Ruane,
                                    ORDER
    State Bar No 158104
_____/

       On November 4, 2010, the court issued an order to show cause (OSC) why Martin John Ruane should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective July 17, 2010.

       The OSC was mailed to Mr Ruane's address of record with the State Bar on November 8, 2010. A written response was due on or before December 10, 2010. No response to the OSC has been filed as of this date.

       The court now orders Martin John Ruane removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

       IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

    Martin John Ruane

_____/

Case Number: CV10-80259 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin John Ruane
PO Box 487
Ross, CA 94957

Dated: December 23, 2010

                                        Richard W. Wieking, Clerk
                                        By: Cora Klein, Deputy Clerk

                                        *Cora Klein*